IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCIS CHESLEY<br>1671 Fort Davis Place, SE<br>Washington, DC  20020 | :<br>:<br>: |
| Plaintiff, | : |
| v. | : Civil No. _____ |
| | : |
| UNITED STATES OF AMERICA<br>Serve:<br>    Attorney General William Barr<br>    Office of the Attorney General<br>    U.S. Department of Justice<br>    950 Pennsylvania Avenue, N.W.<br>    Washington, D.C.  20530 | :<br>:<br>:<br>:<br>: |
| Serve Also:<br>    Jessie K. Liu<br>    U.S. Attorney for D.C.<br>    555 4th Street, N.W.<br>    Washington, D.C.  20530 | :<br>:<br>: |
| Serve Also:<br>    Heather Book, Chief Counsel<br>    Bureau of Engraving & Printing<br>    14th & C Streets, SW<br>    Room 419-A<br>    Washington, DC | :<br>:<br>: |
| and | : |
| OFFICER DOUGLAS WAITHE<br>Bureau of Engraving<br>U.S.Treasury<br>301 - 14th Street, SW<br>Washington, DC 20028 | :<br>:<br>: |
| and | : |

| | |
|---|---|
| OFFICER ROY WARNER<br>Bureau of Engraving<br>U.S.Treasury<br>301 - 14th Street, SW<br>Washington, DC 20028 | :<br><br>:<br><br>:<br>: |
| Defendants. | : |

## COMPLAINT

(Facts Applicable to all Counts)

1. Jurisdiction is vested in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671, et seq. and for violations of his civil rights under the Fourth and Fifth Amendments to the United States Constitution.  This Court has jurisdiction over such claims pursuant to U.S.C. Sections 1331 and 1343.

2. The acts and omissions giving rise to Plaintiff's claims occurred in Washington, D.C. and therefore the  appropriate venue for this action is the United States District Court for the District of Columbia located in Washington, D.C.

3. On August 29, 2019, counsel for plaintiff  had hand delivered a letter and FTCA Form 95 to Heather Book, Chief Counsel, Bureau of Engraving & Printing, 14th & C Streets, SW, Room 419-A, Washington, DC. (hereinafter referred to as "The Bureau") pursuant to the Federal Tort Claims Act.  I 5, 2011.

4. There has been no denial of Mr. Chesley's administrative claim.

5. Mr. Chesley  has  exhausted  all  of  his administrative remedies.

6. At all times relevant herein  Defendant Officers Douglas Waithe and Roy Warner were employed by the U.S. Bureau of Engraving & Printing and, as such, were  acting within the scope of said employment and/or agency.  By virtue of the doctrine of *respondeat superior*, the  Defendant United States of America, of which The Bureau is an agency, is responsible for any acts on their part and any damages flowing directly from those acts.

-3-

7. All defendants acted by color of law in committing the acts complained of herein.

8. On or about September 4, 2018 Plaintiff was operating his taxi in the 1300 block of C Street, SW in Washington, DC. He misjudged his turn and drove his vehicle onto the curb. When he did so, he did not see any pedestrians on the sidewalk and did not believe that his vehicle had struck anyone. He then pulled his vehicle to the other side of C Street and parked. At this point several U.S. Treasury Bureau of Engraving & Printing officers, including, but not limited to Defendants Officers Douglas Waithe and Officer Rot Warner handcuffed him, searched him, forced him to the ground and placed him in an unmarked vehicle. He was taken to DC Metropolitan Police Headquarters and arrested for striking a pedestrian. He was then transported to George Washington University Hospital to be examined although he had not complained of any injury. At the hospital he was forced to give a urine and alcohol teat and to submit to a CT of his head and EKG of his heart. He was then taken back to DC Metropolitan Police Headquarters and placed in a holding cell. At some point a DC police officer ( Officer Hayes ) informed Officers Waithe and Warner that striking a pedestrian with a vehicle was not a crime and he was released. The criminal charges were dropped. He remained in police custody for about nine (9) hours.

## COUNT I

( Federal Tort Claims Act )

9. Plaintiff repeats and re-alleges all items recited above and incorporates them herein and further alleges:

10. That the employees of the United States of America identified herein did assault and batter Plaintiff,

-4-

11.     The acts of the defendant's officers were willful, malicious, unlawful and constituted an unjustifiable assault and battery upon the plaintiff's person.  The plaintiff was pushed, shoved and thrown to the ground.  He was further handcuffed and made to undergo invasive medical procedures. He was placed in great fear for his personal safety by defendant's officers who were operating within the scope of said employment.

12.     Defendant's officers failed to exercise prudent police procedures, used excessive force, and did willfully and intentionally subdue and restrain Plaintiff in an overly aggressive manner.  Said apprehension was in no way privileged, consented to or provoked.

13.     Defendant's officers did willfully, maliciously, falsely and without just reason or cause, by means of physical force and threats, falsely imprison and deny plaintiff his freedom.

14.     That as a direct and proximate result of the aforesaid assault, battery, use of excessive force, and false arrest/imprisonment  plaintiff Francis Chesley suffered injury to all parts of his body, some of which are believed to be permanent, especially to his head and hands, suffered multiple bruises,  suffered and will severe emotional and psychological damage, suffered great pain of body and mind, incurred medical and out-of-pocket expenses, and as a result has been damaged in the amount of $ 100,000.00.

WHEREFORE, the premises considered, plaintiff Francis Chesley demands judgment against the defendant United States of America in the amount of $100,000.00 in compensatory damages plus costs and interest.

## COUNT II
### (Violation of Civil Rights BIVENS claim )
### Compensatory Damages)

15. Plaintiff repeat and reallege each and every factual allegation referenced above and contained in Count I of this Complaint as if fully set forth herein, make them a part hereof and, furthermore, states as follows:

16. Each and all of the acts of the defendants Officer Douglas Waithe and Officer Roy Warner were done under the color and pretense of the laws, statutes, ordinances, regulations, customs and usages of the United States of America and of the District of Columbia and in bad faith and with reckless disregard and deliberate indifference for plaintiff's civil rights under the Constitution of the United States of America and by 42 U.S.C. Sec. 1983

17. The conduct of the defendant officers deprived plaintiff of, inter alia, the following rights, privileges and immunities secured to him by the Constitution of the United States of America and 42 U.S.C. Sec. 1983:

   a. The right of the plaintiff not to be subjected to excessive or deadly force, secured to him under the Fifth and Fourth Amendments to the Constitution of the United States.

   b. The right of plaintiff not to be deprived of life, liberty or property without due process of law, secured to him under the Fifth Amendment to the Constitution of the United States.

   c. The right of plaintiff to the Equal Protection of the laws secured to him under the Fifth Amendment to the Constitution of the United States.

18. As a direct and proximate result of the acts and omissions of the defendant officers the plaintiff Francis Chesley suffered injury to all parts of his body, some of which are believed to be permanent, especially to his head and

-6-

hands, suffered multiple bruises, suffered and will suffer severe emotional distress, mental and psychological distress, suffered severe pain of body and mind, incurred medical and out-of-pocket expenses, and, as a result, has been damaged in the amount of $1,000,000.00.

WHEREFORE, the premises considered, plaintiff Francis Chesley demands judgment against the defendants Officer Douglas Waithe and Officer Roy Warner, jointly and severally, in the amount of $1,000,000.00 in compensatory damages, plus costs of this action and interest.

**COUNT III**
**(Violation of Civil Rights BIVENS claim )**
**Punitive Damages)**

19.   Plaintiff repeats and re-alleges each and every factual allegation referenced above and contained in Counts I and II of this Complaint as if fully set forth herein, makes them a part hereof and, furthermore, states as follows:

20.   That the acts of the defendant officers as recited above were committed with actual malice and oppression in an intentional and calculated manner toward the plaintiff and with the deliberate and unjustified intent to wilfully injure the plaintiff and deny plaintiff his rights secured by the Constitution of the United States and 42 U.S.C. Sec. 1983.

21.   As a direct and proximate result of being unlawfully, recklessly, intentionally and wilfully denied of his constitutional and civil rights, the plaintiff sustained all of the injuries, losses and damages enumerated in paragraph eighteen (18) above, which are hereby incorporated by reference.

-7-

WHEREFORE, the premises considered, plaintiff Francis Chesley demands judgment against the defendants Officer Douglas Waithe and Officer Roy Warner, jointly and severally, in the amount of $1,000,000.00 in punitive damages plus costs, interest and attorney's fees pursuant to 42 U.S.C. Sec. 1988.

/s/ James W. Taglieri
James W. Taglieri     #229880
Attorney for Plaintiff
Cadeaux, Taglieri & Notarius, P.C.
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C.  20036
Telephone (202) 785-3373
E-mail: jim.t@cadotag.com

## **JURY DEMAND**

Plaintiff requests that all claims against Defendants Officer Douglas Waithe and Officer Roy Warner be tried by a jury.

/s/ James W. Taglieri
James W. Taglieri
Attorney for plaintiff